**LODGED**

MAR 19 2018

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>BARBARA A. NELSON<br><br>Defendant. | Citation Number: 6429183, M12<br><br>ORDER |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Warrant for Arrest in the above case is QUASHED due to the Government seeking a dismissal of the above Violation. In addition, the above Violation is dismissed with prejudice.

DONE AND DATED this  19  day of March, 2018.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE